4/12/06

Dear Presiding Justice Rodgers

I am writing to you in regards to Attorney, Mr. Morrissey. In your Letter dated December 13 2005, you assured me that after the holidays he will [illegible] with me and prepare the appropriate paper [illegible] Court. In the begin of February [illegible] [illegible] sure [illegible] [illegible] [illegible] years ago. As of today, he still didn't [illegible] [illegible] of the case, and prepare [illegible] [illegible] to [illegible], my post-Conviction [illegible] [illegible] Please like you to remove [illegible] [illegible] be [illegible] as you are [illegible] [illegible] [illegible] Little to nothing [illegible] [illegible].

[illegible] Please like you to [illegible] [illegible] Attorney to represent me on my Post-Conviction [illegible], that will actually litigate my [illegible] [illegible] timely fashion.

Thank You for attention In this matter, Please contact me has to your decision and action in this matter.

Sincerely
Thomas H. Austin
P.O. Box 8212
Cranston, RI. 02920

11/25/05

Dear Presiding Justice Rodgers

I am writing to you in regards to Attorney, Mr. Morrissey. On February 2, 2001 he was assigned to represent me on Case PM-4608 As today, I still don't have a hearing Schedule, or have any motions file by Him on this case. I call is telephone he dosen't take collect Calls, I write him, he doesn't answear my letters, So if I don't hear anything from this Court, within the next thirty days, I will be fileing, a Federal Habeas Corpus, under Harris v Champion Cite as 938 F.2d 1062 (10th Cir. 1991) Also, I have two Post Conviction file since 1994 Case P1/90-1260A, and P1/90-1484A. Post Conviction Case No PM 1994 6789, and 6596

In Closeing I thank you for your assistance in these Matters.

Sincerkly
Thomas H. Austin
P.O. Box 8212
Cranston, R.I. 02920

10/25/05

Honorable Joesph F. Rodgers, Jr.
Presiding Justice
Frank Licht Judical Complex
250 Benefit Street
Providence, Rhode Island, 02903

Re Case P1/90-126A, and P1/90/1484A file under Post Conviction Case No PM1994 6789, and 6596

Dear Justice Rodgers:

I am writing to you in regards to the above one referenced. As of today, I do not have any attorney appointed to represent me. It will be five years since the initial filing of my Application and no action has yet been taken on it. I would greatly appreciate it if you could do something about this matter so that my Application can proceed in the Court.

In Closing, I thank you for your assistance in these Matters.

Sincerely,
Thomas H. Austin
P.O. Box 8212
Cranston, RI 02920

No response As of today 11/25/05

September 7, 2005

Dear Justice Rodgers,

On July 28, 2005, I wrote Mr. Morrissey a letter, and again as of this date I've received no result, also I've tried to contact [illegible] unsuccessful. I [illegible] still [illegible] representing me [illegible] is a copy of [illegible] letter [illegible] July 28, 2005.

Also I enclosed are three (3) [illegible] I sent to you regarding my situation (Post - Conviction).

Thank You for Your Time & Consideration.

Sincerely Yours

Thomas H. Austin

No response As of today on this Letter 10/28/05

No response As of today on this Letter 11/25/05

July 28, 2005

Stephen T. Morrissey
Attorney - At - Law
Wakefied, R.I. 02879

Dear Mr. Morrissey

I am writing to you to ask you about proceeding with my Post Conviction. On February 2, 2001 you was assigned to represent me in case PM-[illegible], As of today, I still don't have a hearing schedule, or have any motions file by you on this case.

Thank you for your time and consideration

Sincerely,
Thomas W. Austin

CC. Hon. Chief Justice Willams
Hon. Presiding Justice Joseph Rodgers, Jr.

No response on this Letter. As of today 10/28/05

No response on this Letter As of today 11/25/05

03-30-05

Honorable Joseph F. Rodgers, Jr.
Presiding Justice
Frank Licht Judicial Complex
250 Benefit St.
Prov. R.I. 02903

Re: cases P1/90-1260A, + P1/90-1484A

Dear Justice Rodgers:

I'm writing you again in regards To my previous Letter which I haven't received A Responce on, I'm sending a copy in case you diden't receive my Letter and enclose is Two Letters That I sent To Attroney Morrissey: As of yet I have NOT received his responce. Thank You I'll await your reply

Sincerely
Thomas H. Austin

March 15, 2005

Stephen T. Morrissey
Attorney-At-Law
57 Columbia Street
Wakefield, RI 02879

Dear Attorney Morrissey:

I am writing to you in regards to the letter that I wrote to you dated February 28, 2005. Once again, I am still waiting for a reply. Mr. Morrissey, since you have been appointed on my case, February 2, 2001, I have spoken with you for only about ten (10) minutes. This was when I was called to the Attorney's Room while at Court, but after you finished talking with another person you only had about ten minutes for me. You don't accept phone calls from me and the only time you respond to my letters is when Justice Joseph Rogers asks you to reply. Please do me the courtesy of responding to my letter of February 28, 2005.

Sincerely,

Thomas H. Austin
Thomas H. Austin
P.O. Box 8274
Cranston, RI 02920

cc: Hon. Joseph Rodgers, Jr.

March 29, 2004

Stephen T. Morrissey
Attorney at Law
57 Columbia Street
Wakefield, Rhode Island 02879

Dear Attorney Morrissey:

Thank you for your letter of March 26, 2004. Please be advised that contrary to your letter— you were appointed to represent me on the enclosed copy of my petition for post conviction relief which was filed with the court in August 2000. To date I have not had any hearing regarding this petition. Also, please be advised that Issue Two of the enclosed petition I have raised an ineffective claim alleging that I was denied a fair presentation and arguement regarding the warrant issue that had been remanded to the Superior Court for a hearing.

Sincerely,

Thomas H. Austin
P.O. Box 8274
Cranston, RI 02920

cc: Presiding Justice Joseph F. Rodgers, Jr.