UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS H. AUSTIN, Plaintiff, | : | |
| v. | : | CA 06-235 ML |
| ASHBEL T. WALL, II, et al., Defendants. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

David L. Martin
United States Magistrate Judge
May 26, 2006

BY ORDER:

Deputy Clerk