Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Thomas Austin, Pro-Se.

RE: CA06-235ML

Thomas Austin v Rhode Island Department of Corrections

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **06/26/06** and have made the following determination:

✓ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

____ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

√ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____ 10. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 6/26/06

RHODE ISLAND

Provid, SC. COURT

Thomas H. Austin

vs.

State of Rhode Island

C.A.No. 00 4608

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Now Comes the Petitioner in the above entitled action, a motion to appoint counsel, to represent his interests in this application for post conviction relief. This motion is pursuant to R.I.G.I. 10-9.1-5. The reasons for this motion are as follows:

1.) The Petitioner is unable to represent himself in the matter now before this Court.

2.) The Petitioner is unable to afford counsel at his own expense.

3.) The ends of Justice would be best served by the appointment of counsel.

For the reasons stated above, the Petitioner prays that this Honorable Court appoint him counsel and that counsel be available to him at all and any future proceedings which may occur in the instant matter.

Respectfully Submitted,

Thomas H. Austin
Post Office Box 8273
Cranston, R.I. 02920

CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of August, 2000, I caused a true copy of the within motion to be mailed postage pre-paid to the Office of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.

Thomas H. Austin

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS H. AUSTIN
v
ASHBEL T. WALL, II

OBJECTION TO Magistrates's Report and Recommendation

PETITIONER Relies On HARRIS v CHAMPION Cite as 938 F.2d 1062 (10th Cir. 1991)

This is not a Successive attempt by the Petitioner to Ligitgate this Issue. My Postconviction was file August 1, 2000, It's been Pending over five years. In my Habeas Corpus, that was file in this Court, you will see Copies of Letters writen to Presiding Justice Joseph F. Rodgers, trying to have my Postconviction Heard. I have no other Avenue but this Court.

Petitioner is not barred under the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as Petitioner is Ligitgaing a State Postconviction Remedy under Rhode Island Law, of Issues that have never been rasied.