UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THOMAS H. AUSTIN

         v.                                                     CA 06-235 ML

ASHBEL T. WALL, II

### ORDER

     This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on June 14, 2006.  I have reviewed the Report and Recommendation, and no objections having been filed, adopt it in its entirety.  Pursuant to 28 U.S.C. § 2254, the Petition for Writ of Habeas Corpus is hereby DISMISSED.


SO ORDERED:


Mary M. Lisi
United States District Judge
July  5  , 2006