UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS H. AUSTIN

v. CA 06-235 ML

ASHBEL T. WALL, II

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on June 14, 2006. I have reviewed the Report and Recommendation, and no objections having been filed, adopt it in its entirety. Pursuant to 28 U.S.C. § 2254, the Petition for Writ of Habeas Corpus is hereby DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
July 5, 2006