# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**THOMAS H. AUSTIN,**

**v.** **C.A. N0. 06-235ML**

**ASHBEL T. WALL, II**
**(Department of Corrections)**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by the Court.**

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Respondent, ASHBEL T. WALL, II, against the Petitioner, THOMAS H. AUSTIN, pursuant to the Court's Order dated July 5, 2006, adopting the Magistrate's Report and Recommendation dated June 13, 2006, and DISMISSING the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

Enter:

Deputy Clerk

DATED: **July 6, 2006**