CA 06-235 ML

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS H. AUSTIN
v
ASHBEL T. WALL, II

OBJECTION TO Magistrates's Report and Recommendation

PETITIONER Relies ON HARRIS v CHAMPION Cite as 938 F.2d 1062 (10th Cir. 1991)

This is not a Successive attempt by the Petitioner to Ligitgate this Issue. My Postconviction was file August 1, 2000, It's been Pending over five years. In my Habeas Corpus, that was file in this Court, you will see Copies of Letters writen to Presiding Justice Joseph F. Rodgers, trying to have my Postconviction Heard. I have no other Avenue but this Court.

Petitioner is not barred under the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA") as Petitioner is Ligitgaing a State Postconviction Remedy under Rhode Island Law, of Issues that have never been rasied.

Relief Sought

Petitioner seeks this Court to Issue An order to the State of R.I. to Fast Track Petitioners Post Conviction Petition, or to Find that Petitioners Post Conviction Remedy was delayed to the point of being denied to Speedy due process, and should be granted.

Thomas H. Austin
P.O. Box 8212
Cranston, RI. 02920

June 17, 2006
Thomas H. Austin